**Steven A. VIDRA, Appellant,**

v.

**Susan A. VIDRA, Respondent.**

**No. ED 76936.**

Missouri Court of Appeals, Eastern District, Division One.

Feb. 20, 2001.

Charles P. Todt, Cheryl A. Zopp, John Bleckman, St. Louis, MO, for appellant.

Cary J. Mogerman, Mary E. Niemira, Clayton, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

## ORDER

PER CURIAM.

Husband appeals from the judgment of dissolution entered by the St. Louis County Circuit Court. We find no error and affirm.

· No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).